

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

**MEMO ENDORSED**

June 3, 2024

**BY EMAIL**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Conrad Lewallen* **22 Cr. 360 (NSR)**

Dear Judge Reznik:

    The above-referenced Information 22 Cr. 360 (NSR) (the "Information") had been filed under seal, in light of an ongoing investigation. Conrad Lewallen, the defendant, is now scheduled to be sentenced on September 5, 2024. Accordingly, the Government respectfully requests that the Court unseal the Information.

                                                     Respectfully submitted,

                                                     DAMIAN WILLIAMS
                                                     United States Attorney

                       By:     /s/_____
                                T. Josiah Pertz
                                Assistant United States Attorney
                                Tel: (212) 637-2246

SO ORDERED:

_____
HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE

*June 3, 2024*