UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CONRAD LEWALLEN,

                Defendant.

-----------------------------------------------------------------x

**SEALED MEMORANDUM**

22 Cr. 360 (NSR)

TO: Nelson S Román, United States District Judge:

    Please find attached a transcript of the June 29, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 17, 2022
       White Plains, New York

                                Respectfully Submitted,

                                _____
                                JUDITH C. McCARTHY
                                United States Magistrate Judge