UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

    - against -

CONRAD LEWALLEN,

              Defendant.

------------------------------------------------------X

SEALED

22 Cr. 00360-01 (NSR)

**ORDER ACCEPTING
PLEA ALLOCUTION**

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated June 29, 2022, is approved and accepted.

Dated: White Plains, NY
         May 10, 2023

SO ORDERED.

_____
Nelson S. Román
United States District Judge